UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONVERIUM HOLDING AG,<br>**Plaintiff**<br><br>-v-<br><br>SCOR S.A. and PATINEX AG,<br>**Defendant** | Case No.<br><br><br>**Rule 7.1 Statement** |

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __CONVERIUM HOLDING AG__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

[NONE]

**Date:** April 16, 2007

_____
Signature of Attorney

Attorney Bar Code: RP-3593

Form Rule7_1.pdf