**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2007, I caused one copy of the foregoing Plaintiff's Notice of Motion for an order granting plaintiff expedited discovery and the accompanying Memorandum of Law to be served upon the following cousel of record by electronic delivery and Federal Express:

Joseph N. Sacca, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522

_____
Lisa D. Bentley