Jay B. Kasner (JK-7910)
Joseph N. Sacca (JS-9435)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
CONVERIUM HOLDING AG,         :
                              :   07 Civ. 3042 (GEL)
                Plaintiff,    :
                              :
                              :
   - against –                :
                              :
SCOR S.A. AND PATINEX A.G.,   :
                              :
                              :
                Defendants.   :
------------------------------x

## DECLARATION OF JOSEPH N. SACCA IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXPEDITED SCHEDULING AND DISCOVERY

I, Joseph N. Sacca, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Bar of this Court and of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendant SCOR S.A. in the above-captioned matter.

2. I submit this declaration in opposition to Plaintiff's Motion For Expedited Scheduling and Discovery, and to place before the Court true and correct copies of the following documents:

Exhibit A:   Converium Holding AG 13D, filed on February 21, 2007.

Exhibit B:   SCOR Pre-Announcement Press Release, dated February 26, 2007.

Exhibit C:   Wilkie Farr & Gallagher LLP Memorandum submitted to Swiss Takeover Board, dated March 5, 2007.

Exhibit D:   Wilkie Farr & Gallagher LLP Memorandum submitted to Swiss Takeover Board, dated March 20, 2007.

Exhibit E:   Wilkie Farr & Gallagher LLP Memorandum submitted to Swiss Takeover Board, dated March 28, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       April 19, 2007

_____
Joseph N. Sacca