Jay B. Kasner (JK-7910)
Joseph N. Sacca (JS-9435)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                   :
CONVERIUM HOLDING AG,              :
                                   :   07 Civ. 3042 (GEL)
            Plaintiff,             :
                                   :
    - against –                    :
                                   :
SCOR S.A. AND PATINEX A.G.,        :
                                   :
            Defendants.            :
-----------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant SCOR, S.A., ("SCOR"), by its counsel, hereby files the following Corporate Disclosure Statement:

SCOR has no parent and no publicly held corporation owns ten percent of its stock.

Dated: April 19, 2007
       New York, New York

/s/ Joseph N. Sacca
Jay B. Kasner (JK-7910)
Joseph N. Sacca (JS-9435)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendant SCOR, S.A.