# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Converium Holding AG

**SUMMONS IN A CIVIL CASE**

V.

SCOR S.A. and Patinex AG

CASE NUMBER:

07 CV 3042

JUDGE LYNCH

TO: (Name and address of defendant)

SCOR S.A. -- 1, Avenue General de Gaulle; 92 800 Puteaux, France

Patinex AG -- Egglirain 23, 8832; Wilen, Switzerland

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard L. Posen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    APR 1 6 2007
CLERK                                 DATE

[signature: Marcos Quintero]

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                      Signature of Server

                                      _____
                                      Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CONVERIUM HOLDING AG,
:
                Plaintiff,
:           Index No. 07-cv-3042-GEL
      - against -
:           AFFIDAVIT OF SERVICE
SCOR S.A. AND PATINEX AG,
:
                Defendants.
:

------------------------------------------------------------X

STATE OF NEW YORK  )
                   : ss.:
COUNTY OF NEW YORK  )

    Laura Arnold, being duly sworn, deposes and says that she is not a party to the within action, is over the age of 18 years and resides in Suffolk, New York.

    That on April 19, 2007, at Four Times Square, New York, New York, at approximately 11:00 a.m. deponent served the Summons, Complaint, Rule 7.1 Statement, Civil Cover Sheet, Procedures for Electronic Case Filing, Third Amended Instructions for Filing an Electronic Case or Appeal, and the Individual Practices for Judge Gerard E. Lynch on SCOR S.A., by personally leaving true copies of the same with Steven Katzenstein, Law Clerk with Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for SCOR S.A.

Deponent describes Steven Katzenstein as a Caucasian male, approximately 55 year of age, standing 5'7" and weighing 180 pounds.

*Laura Arnold*
Laura Arnold
Process Server Lic.
No. 1216243

Sworn to before me this

19th day of April, 2007

_____
Notary Public

KENDRA SCHRAMM
Notary Public, State of New York
No. 01SC6141036
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Feb. 13, 2010