# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

—

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-2978
DIRECT FAX
(917) 777-2978
E-MAIL ADDRESS
LKUCK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

April 23, 2007

**BY HAND**

The Honorable Gerard E. Lynch
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007-1312

    Re:    *Converium Holding AG v. SCOR S.A. and Patinex AG*,
           Civil Action No. 07 CV 3042 (GEL)

Dear Judge Lynch:

    We represent defendant SCOR S.A. ("SCOR") in the above-referenced action. We write to request that the Court accelerate the schedule for briefing and hearing on the motion to dismiss to be filed by SCOR and the motion for preliminary injunction to be filed by Converium Holding AG ("Converium") in light of recent developments in the proceedings before the Swiss Takeover Board (the "STB"). We are available for a conference, by telephone or in person, at the Court's convenience.

    As we advised the Court by letter dated April 20, 2007, after counsel for Converium advised the STB that Converium had commenced this lawsuit, the STB issued a decision last Friday extending the commencement of SCOR's public tender offer in Switzerland for all publicly held registered Converium shares (the "Offer") for a period of ten business days, to May 7, 2007, given its uncertainty over the impact of this litigation on the Offer. The STB's decision (a translation of which has been submitted to the Court by Converium) suggests the STB may not make a decision whether the Offer can commence until this Court has ruled on Converium's claim that the Offer excludes U.S. holders of Converium shares in violation of the Williams Act.

    In light of the STB's decision and the resulting prejudice SCOR will suffer from any further delay in the commencement of the Offer, we respectfully request that the Court accelerate the schedule established during the April 19, 2007 hearing so that SCOR's motion to dismiss and Converium's motion for a preliminary injunction can be heard prior to May 7, 2007. Delay in the commencement of the Offer substantially prejudices SCOR both by providing Converium's management time to conceive and seek to implement defensive schemes in its efforts to entrench

The Honorable Gerard E. Lynch
April 23, 2007
Page 2

itself and by creating uncertainty in the marketplace. We are willing to work with Converium's counsel to complete the limited discovery permitted by the Court on a timetable sufficient to allow the parties to meet the following proposed briefing schedule on the motion to dismiss and the motion for a preliminary injunction:

April 27, 2007:     Opening briefs due to be served and filed;

April 30, 2007:     Opposition briefs due to be served and filed;

May 1, 2007:        Reply briefs due to be served and filed.

Subject to the Court's schedule, we would respectfully ask that the Court hold a hearing on Converium's motion for a preliminary injunction – which we do not anticipate will be lengthy – on May 2, 3, or 4, 2007.

We have sought the consent of Converium's counsel to this request, and counsel was unwilling to consent to the schedule requested by SCOR.

Respectfully,

*Lea Haber Kuck*

Lea Haber Kuck

cc (by e-mail):
    Richard L. Posen, Esq.
    Tariq Mundiya, Esq.

> Denied. The schedule set by the Court in consultation with the parties is already expedited. The Swiss authorities have set their own timetable, not contingent on any action by this Court, and there is no reason for this Court's schedule to be hostage to the (entirely putative) desires of the Swiss regulators.

SO ORDERED

*Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
4/25/07