Jay B. Kasner (JK-7910)
Joseph N. Sacca (JS-9435)
Lea Haber Kuck (LK-5556)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| CONVERIUM HOLDING AG, | |
| Plaintiff, | 07 Civ. 3042 (GEL) |
| - against – | Electronically Filed |
| SCOR S.A. AND PATINEX A.G., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DEFENDANT SCOR S.A.'S NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon the Declaration of Joseph N. Sacca dated April 30, 2007 and the exhibits annexed thereto, and the accompanying Memorandum of Law in support of its motion to dismiss the complaint, Defendant SCOR S.A. will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be designated by the Court, for an Order dismissing the complaint herein pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 30, 2007

/s/ Joseph N. Sacca
Jay B. Kasner (JK-7910)
Joseph N. Sacca (JS-9435)
Lea Haber Kuck (LK-5556)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendant SCOR S.A.

TO:

Richard L. Posen, Esq.
Tariq Mundiya, Esq.
Lisa D. Bentley, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-800

Attorneys for Plaintiff Converium Holding AG