Jay B. Kasner (JK-7910)
Joseph N. Sacca (JS-9435)
Lea Haber Kuck (LK-5556)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                  :
CONVERIUM HOLDING AG,             :
                                  :         07 Civ. 3042 (GEL)
                       Plaintiff, :
                                  :         Electronically Filed
   - against –                    :
                                  :
SCOR S.A. AND PATINEX A.G.,       :
                                  :
                      Defendants. :
----------------------------------x

## DECLARATION OF JOSEPH N. SACCA
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

I, Joseph N. Sacca, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Bar of this Court and of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendant SCOR S.A. ("SCOR") in the above-captioned matter.

2. I submit this declaration in support of SCOR's Motion to Dismiss the Complaint, and to place before the Court true and correct copies of the following documents:

   Exhibit A:   SCOR's Schedule 13D, filed on February 21, 2007.

   Exhibit B:   SCOR Pre-Announcement Press Release, dated February 26, 2007.

   Exhibit C:   SCOR Offer Prospectus, dated April 5, 2007.

   Exhibit D:   Letter from Joseph N. Sacca to Richard L. Posen, dated April 20, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 30, 2007

/s/ Joseph N. Sacca
Joseph N. Sacca
