# EXHIBIT D

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-2358
DIRECT FAX
(917) 777-2358
E-MAIL ADDRESS
JSACCA@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

April 20, 2007

**BY E-MAIL**

Richard L. Posen, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099

    Re:   *Converium Holding AG v. SCOR S.A. and Patinex AG*,
           Civil Action No. 07 CV 3042 (GEL)

Dear Rick:

    In light of yesterday's hearing and the Court's decision to deny Converium expedited discovery into any aspect of its claim against SCOR under Section 13(d) of the Securities Exchange Act of 1934, we ask that Converium withdraw that claim to obviate the expense and burden SCOR will otherwise incur in seeking dismissal of the claim.

                                           Very truly yours,

                                           Joseph N. Sacca