UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CONVERIUM HOLDING AG,

            Plaintiff,

   - against -

SCOR S.A. AND PATINEX AG,

            Defendants.

------------------------------------------------------------x

CIV. ACTION NO. 07 CV 3042 (GEL)

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Converium Holding AG hereby voluntarily dismisses with prejudice its complaint in the above-referenced action.

Dated: New York, New York
       May 10, 2007

WILLKIE FARR & GALLAGHER LLP

By: _____

Richard L. Posen (RP-3593)
Roger Netzer (RN-7190)
Tariq Mundiya (TM-2246)
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

*Attorneys for Plaintiff Converium Holding AG*

SO ORDERED:

_____
U.S.D.J.
5/16/07